IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1) ALI RAZAVI, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| -vs.- | ) | CIV-2014-562-D |
| | ) | |
| 1) THE CITY OF BETHANY | ) | |
| | ) | |
| Defendant | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the parties, by and through their counsel of record, and, pursuant to Rule 41(a)(1)(A) (ii) of the Federal Rules of Civil Procedure, hereby stipulate that the above entitled cause of action be dismissed with prejudice to the right of the Plaintiff to bring any further action against the Defendant, each party to bear his/its own costs and attorney fees incurred to date.

Dated this 19th day of March, 2015.

/s/ Jeff A. Taylor
Jeff A. Taylor, OBA # 17210
The Offices at Deep Fork Creek
5613 N. Classen Blvd.
Oklahoma City, Oklahoma 73118
(405) 286-1600
*Attorneys for Plaintiff*

/s/ Margaret McMorrow-Love
Margaret McMorrow-Love, OBA #5538
228 Robert S. Kerr Ave., Suite 540
Oklahoma City, Oklahoma 73102
(405) 235-3848
mcmorrowlove@sbcglobal.net
*Attorney for Defendant*